UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| DALE MADDOCKS, ) | Docket No.  2:15-cv-00168-JAW |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| PORTLAND POLICE DEPARTMENT, ) | |
| PORTLAND POLICE DEPARTMENT ) | |
| CHIEF MICHAEL SAUSCHUCK, ) | |
| PORTLAND POLICE DEPARTMENT ) | |
| OFFICER JESSICA BROWN, PORTLAND ) | |
| POLICE DEPARTMENT SERGEANT ) | |
| FRANK HEATH GORHAM, PORTLAND ) | |
| POLICE DEPARTMENT OFFICER HENRY ) | |
| JOHNSON, COUNTY OF CUMBERLAND, ) | |
| CUMBERLAND COUNTY SHERIFF ) | |
| KEVIN JOYCE, ET AL, ) | |
| Defendants ) | |
| ) | |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS CUMBERLAND COUNTY AND KEVIN JOYCE

NOW COME Defendants Cumberland County and Kevin Joyce, through counsel, and hereby respond to the allegations contained in Plaintiff's Complaint as follows:

AFFIRMATIVE DEFENSES

A.  Plaintiff's Complaint fails to state a cause of action against these Defendants upon which relief may be granted.

B.  To the extent that Defendant Joyce is sued in his individual capacity, he is entitled to qualified immunity.

C. To the extent that Defendant Joyce is sued in his individual capacity, he is entitled to discretionary function immunity for any counts brought pursuant to the Maine Tort Claims Act.

D. To the extent that Defendant Joyce is sued in his individual capacity, he is entitled to intentional act immunity for any counts brought pursuant to the Maine Tort Claims Act.

E. Plaintiff has failed to comply with the notice requirements contained in the Maine Tort Claims Act.

F. Defendant Cumberland County is entitled to general immunity under the Maine Tort Claims Act.

G. Plaintiff's damages were directly and proximately caused by the acts and/or omissions of an individual and/or entity other than these Defendants.

H. Plaintiff's damages were directly and proximately caused by a legally sufficient superceding/intervening cause.

I. Plaintiff has failed to mitigate his damages as required by law.

## ANSWER

### The Parties

1. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

2. These Defendants admit the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

4. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

5. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

6. These Defendants admit the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

8. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

## Facts

9. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

10. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

11. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore

deny same.

12. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

13. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

14. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

15. These Defendants admit the allegations contained in Paragraph 15 of Plaintiff's Complaint.  **NEED TO SEE RECORDS**

16. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

17. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

18. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

19. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

20. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

21. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

22. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

23. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

24. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

25. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

26. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

27. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

28. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

29. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

30. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

31. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

<u>Count I - False Imprisonment</u>
Portland Police Officers Brown, Gorham and Johnson

32. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 31 of Plaintiff's Complaint as if fully set forth herein.

33. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

34. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

35. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

36. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

37. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

38. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

39. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

40. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

### Count II - Assault & Battery

41. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 40 of Plaintiff's Complaint as if fully set forth herein.

42. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

43. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

### Count III - 5 M.R.S. § 4682
### Portland Police Officers Brown, Gorham and Johnson

44. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 43 of Plaintiff's Complaint as if fully set forth herein.

45. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

46. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

47. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

48. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

Count IV - 5 M.R.S. § 4682
Portland Police Chief Michael Sauschuck

49. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 48 of Plaintiff's Complaint as if fully set forth herein.

50. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

51. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

52. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

53. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

54. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

55. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

Count V - 5 M.R.S. § 4682
Portland Police Department

56. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 54 of Plaintiff's Complaint as if fully set forth herein.

57. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

58. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

59. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

60. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

<u>Count VI - 5 M.R.S. § 4682</u>
Unknown Cumberland County Sheriff's Deputy and three Unknown Cumberland County Jail Corrections Officers

61. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 60 of Plaintiff's Complaint as if fully set forth herein.

62. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

63. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

64. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

65. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

<u>Count VII - 5 M.R.S. § 4682</u>
Cumberland County Sheriff Kevin Joyce

66. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 65 of Plaintiff's Complaint as if fully set forth herein.

67. These Defendants deny the allegations contained in Paragraph 67 of Plaintiff's Complaint.

68. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

69. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

70. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

71. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

Count VIII - 5 M.R.S. § 4682
County of Cumberland

72. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 71 of Plaintiff's Complaint as if fully set forth herein.

73. These Defendants admit the allegations contained in Paragraph 73 of Plaintiff's Complaint.

74. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

75. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

76. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

Count IX - 42 U.S.C. § 1983
Portland Police Chief Michael Sauschuck

77. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 76 of Plaintiff's Complaint as if fully set forth herein.

78. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

79. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

80. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

81. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

82. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

### Count X - 42 U.S.C. § 1983
### Portland Police Department

83. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 82 of Plaintiff's Complaint as if fully set forth herein.

84. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

85. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

86. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

87. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

### Count XI - 42 U.S.C. § 1983
### Portland Police Officers Brown, Gorham and Johnson

88. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 87 of Plaintiff's Complaint as if fully set forth herein.

89. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

90. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

91. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

92. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

Count XII - 42 U.S.C. § 1983
Unknown Cumberland County Sheriff's Deputy and three Unknown Cumberland County Jail Corrections Officers

93. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 92 of Plaintiff's Complaint as if fully set forth herein.

94. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

95. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

96. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

97. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

### Count XIII - 42 U.S.C. § 1983
Sheriff Kevin Joyce

98. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 97 of Plaintiff's Complaint as if fully set forth herein.

99. These Defendants deny the allegations contained in Paragraph 99 of Plaintiff's Complaint.

100. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

101. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

102. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

103. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

### Count XIV - 42 U.S.C. § 1983
### County of Cumberland

104. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 103 of Plaintiff's Complaint as if fully set forth herein.

105. These Defendants admit the allegations contained in Paragraph 105 of Plaintiff's Complaint.

106. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

107. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

108. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

### Count XV - Punitive Damages

109. These Defendants repeat and reassert the responses provided to the allegations contained in Paragraphs 1 through 108 of Plaintiff's Complaint as if fully set forth herein.

110. As to Defendants Cumberland County and Kevin Joyce, denied. For the remaining Defendants, these Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Plaintiff's Complaint and therefore deny same.

111. These Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and therefore deny same.

112. To the extent that a claim for punitive damages is made against Defendant Cumberland County or Defendant Joyce in his official capacity, denied as a matter of law. As to any remaining Defendants, these Defendants are without sufficient knowledge or information so as to form a belief as to the truth of the allegations contained in Plaintiff's Complaint and therefore deny same.

## Demand for Jury Trial

113. No response is required to the allegations contained in Paragraph 113 of Plaintiff's Complaint.

WHEREFORE, Defendants Cumberland County and Kevin Joyce pray that judgment be entered in their favor and against Plaintiff on all counts which address them, plus their costs, interest, and attorneys fees.

Dated: June 9, 2015

/s/ Peter T. Marchesi  
Peter T. Marchesi

/s/ Cassandra S. Shaffer  
Cassandra S. Shaffer, Esq.  
Wheeler & Arey, P.A.  
Attorneys for Defendants Cumberland County and Kevin Joyce  
27 Temple Street, P.O. Box 376  
Waterville, ME 04903-0376

## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| DALE MADDOCKS, ) | Docket No. 2:15-cv-00168-JAW |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| PORTLAND POLICE DEPARTMENT, ) | |
| PORTLAND POLICE DEPARTMENT ) | |
| CHIEF MICHAEL SAUSCHUCK, ) | |
| PORTLAND POLICE DEPARTMENT ) | |
| OFFICER JESSICA BROWN, PORTLAND ) | |
| POLICE DEPARTMENT SERGEANT ) | |
| FRANK HEATH GORHAM, PORTLAND ) | |
| POLICE DEPARTMENT OFFICER HENRY ) | |
| JOHNSON, COUNTY OF CUMBERLAND, ) | |
| CUMBERLAND COUNTY SHERIFF ) | |
| KEVIN JOYCE, ET AL, ) | |
| Defendants ) | |
| ) | |

## **CERTIFICATE OF SERVICE**

I, Peter T. Marchesi, Esq., attorney for the Cumberland County Defendants, hereby certify that:

- Answer and Affirmative Defenses of Defendants Cumberland County and Kevin Joyce

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

      Christopher Nielsen, Esq.    (*nielsen.esq@nielsengrouplaw.com*)

Dated: June 9, 2015                           /s/ Peter T. Marchesi
                                                          Peter T. Marchesi, Esq.
                                                          Attorney for Defendants
                                                          Wheeler & Arey, P.A.
                                                          27 Temple Street, P.O. Box 376
                                                          Waterville, ME 04903-0376