UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DALE MADDOCKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:15-cv-00168-JAW |
| | ) | |
| PORTLAND POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION
ON MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS
CUMBERLAND COUNTY AND JOYCE**

No objection having been filed to the Magistrate Judge's Recommended Decision dated December 29, 2016 (ECF No. 64), the Recommended Decision is accepted.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that Defendants Cumberland County and Sheriff Joyce's Motion for Summary Judgment (ECF No. 57) be and hereby is <u>GRANTED</u>.[1]

---

[1] Mr. Maddocks brought suit against the Portland Police Department, Portland Police Chief Michael Sauschuck, and Portland police officers Jessica Brown, Frank Gorham, and Henry Johnson (collectively, Portland Defendants), as well as Cumberland County, Cumberland County Sheriff Kevin Joyce, Cumberland County corrections officers Erik Moody and Derek McCarty, and an unknown Cumberland County sheriff's deputy (collectively, Cumberland Defendants). *Pl.'s Am. Compl.* (ECF No. 19). The Portland Defendants moved separately for summary judgment. *Mot. for Summ. J.* (ECF No. 50). In this Order, the Court grants Cumberland County and Sheriff Joyce's motion for summary judgment; Cumberland Defendants Erick Moody and Derek McCarty did not move for summary judgment, and therefore, they remain parties to the suit, and there is the placeholder allegation against an unidentified Cumberland County deputy sheriff who is described as "unknown" and who has still not been named. *Pl.'s Am. Compl.* ¶ 7.

SO ORDERED.

                                      <u>/s/ John A. Woodcock, Jr.</u>
                                      JOHN A. WOODCOCK, JR.
                                      UNITED STATES DISTRICT JUDGE

Dated this 18th day of May, 2017