UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DALE MADDOCKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:15-cv-00168-JAW |
| | ) |
| PORTLAND POLICE | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

In his Recommended Decision dated May 25, 2017, the Magistrate Judge recommended to this Court that it should grant the Defendants' motion to dismiss the Complaint unless, within the time for the filing of objections to the Recommended Decision, namely fourteen days, the "Plaintiff demonstrate[d] to the Court in writing cause for his failure to respond to the motion for sanctions and otherwise demonstrate[d] that he intend[ed] to prosecute this case." *Recommended Decision on Mot. for Sanctions* at 6 (ECF No. 68). No response or objection having been filed to the Magistrate Judge's Recommended Decision filed April 25, 2017 (ECF No. 68), the Recommended Decision is accepted.

1. It is therefore <u>ORDERED</u> that Defendants Portland Police Department, Chief Michael Sauschuck, Officer Jessica Brown, Sergeant Frank Heath Gorham, and Officer Henry Johnson's Motion for Sanctions (ECF No. 52), to which Defendants Cumberland County, Kevin Joyce, Erik Moody,

and Derek McCarty joined (ECF No. 56), be and hereby is GRANTED.

2. It is further ORDERED that Plaintiff Dale Maddocks' Amended Complaint (ECF No. 19) be and hereby is DISMISSED without prejudice as to all remaining Defendants.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 16th day of June, 2017